JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE GRUENBERG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRESENIUS USA, INC., a Delaware corporation; BIOMEDICAL APPLICATIONS OF CALIFORNIA, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:26−cv−07315−SVW−AJR<br><br>*Before the Honorable Stephen V. Wilson*<br><br>**ORDER RE: STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**<br><br>Complaint Filed: May 28, 2026<br>Removal Date: July 6, 2026<br>Trial Date: January 19, 2027 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all causes of action, and all parties, with each party bearing their own attorney's fees and costs.

DATE: November 12, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE